## KLINE, CHIEF OF POLICE, v. STATE OF INDIANA.

[No. 10,664.   Filed June 17, 1920.]

From St. Joseph Superior Court; *Chester R. Montgomery*, Judge.

Action between Peter Kline, chief of police of the city of South Bend, and the State of Indiana. From the judgment rendered, the former appeals. *Affirmed.*

*Slick & Slick*, for appellant.

*Ele Stansbury*, Attorney-General, *A. B. Cronk, Stuart Mac-Kibben* and *Sam P. Schwartz*, for appellee.

PER CURIAM—Judgment affirmed.

---

## McCLAIN v. WILLIAMS, AUDITOR, ET AL.

[No. 10,257.   Filed June 22, 1920.]

From Delaware Circuit Court; *Luther F. Pence*, Special Judge.

Action by Charles McClain against Francis M. Williams, auditor of the County of Delaware, and others. From a judgment for defendants, the plaintiff appeals. *Affirmed.*

*George H. Koons* and *George H. Koons Jr.*, for appellant.

*Ele Stansbury*, Attorney-General, and *Edward M. White*, for appellees.

REMY, J.:—Affirmed upon the authority of *In re Spurgeon* (1920), 72 Ind. App. 580, 126 N. E. 238, and *Martin* v. *Wise* (1915), 183 Ind. 530, 109 N. E. 745.

---

## STATE BOARD OF DENTAL EXAMINERS ET AL. v. LEMMON.

[No. 9,409.   Filed December 31, 1918.   Rehearing denied June 26, 1919.   Transfer denied October 6, 1920.]

From Vigo Circuit Court; *Charles L. Pulliam*, Judge.

Action between the State Board of Dental Examiners and others, and Grant B. Lemmon. From the judgment rendered, the former appeals. *Reversed.*